UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL, <br><br> Plaintiffs, <br><br> V. <br><br> GELTECH SOLUTIONS, INC. and ROOTGEL WEST <br><br> Defendants. | Case No. C09-04884 CW <br><br> **ORDER re DEFENDANT GELTECH SOLUTIONS, INC.'S MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered the Motion of Defendant Geltech Solutions, Inc. to continue the hearing on Plaintiffs' Motion for Summary Judgment, orders as follows:

The hearing on Plaintiffs' Motion for Summary Judgment shall be decided on the papers.

IT IS SO ORDERED.

DATED: _____12/21_____, 2009

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] Order