EDWARD F. McHALE (FL SBN190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone:  561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
THE PHAN LAW GROUP
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA  90045
Telephone: 310-242-5600
Fax: 310-943-2126
Email: dribakoff@lkplaw.com

Attorneys for Defendant GelTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL,<br><br>Plaintiffs,<br><br>V.<br><br>GELTECH SOLUTIONS, INC. and ROOTGEL WEST<br><br>Defendants. | Case No. C09-04884 CW<br><br>**STIPULATION AND ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; SUPPORTING DECLARATION OF EDWARD F. McHALE**<br><br>**[Civil L.R. 6-2]** |

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion"), as follows:  Opposition to the Motion shall be

---

**STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

filed and served on or before January 7, 2010.  Any reply in support of the Motion shall be filed and served on or before January 14, 2010.

This Stipulation is supported by the accompanying Declaration of Edward F. McHale, submitted in compliance with Civil L.R. 6-2(a).

**IS SO STIPULATED.**

Dated:  December 29, 2009           ZIMMERMAN & CRONEN, LLP


By:  /s/ Michael James Cronen_____
       Michael James Cronen
       Attorneys for Plaintiffs Susan P. Martin and
       David E. Neal

Dated:  December 29, 2009           McHALE & SLAVIN, P.A.


By:  /s/ Edward McHale_____
       Edward McHale
       Attorneys for Defendant GelTech Solutions, Inc.

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 29, 2009

_____
UNITED STATES DISTRICT JUDGE

---

**STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

## **DECLARATION OF EDWARD F. McHALE**

I, EDWARD F. McHALE, declare as follows:

1. I make this Declaration in connection with the parties' Stipulation and [Proposed] Order Changing Time of Briefing Schedule on Plaintiff's Motion for Summary Judgment, pursuant to Civil L.R. 6-2(a).

2. I am lead counsel for GelTech Solutions, Inc. in the declaratory judgment action which has been filed in the Southern District of Florida in the case of GelTech Solutions, Inc. v. Marteal, Ltd., d/b/a Dyna-Gro Nutrition Solutions, Case No. 09-CV-81027-MARRA/JOHNSON, and will be responsible for assembling necessary affidavits and writing the Opposition Memorandum for provision to California counsel David Ribakoff, in the case pending before this court.

3. Though the Plaintiff's Motion for Summary Judgment was filed on December 11, 2009, I first viewed the Motion on December 16, 2009, due to the fact that I was out of the office and out-of-town when the Motion was filed. On December 17, 2009, this court set a deadline for the filing of the Defendant's Response to the Motion for Summary Judgment for Thursday, December 31, 2009.

4. I thereafter contacted the president of the Defendant, GelTech Solutions, Inc. regarding his and other employees' availability during the Christmas holidays for the preparation of needed employee Declarations, and participation in preparing the Defendant's Opposition to the Motion. Because of the Christmas holidays, scheduling meetings for developing the Defendant's Response and work on opposing the Motion has been somewhat affected.

5. My law firm will be closed on December 24th, 25th, 31st, and January 1st, which shortens my secretary's availability for typing the Declarations and Opposition to the Motion and

**STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

assistance in assembling exhibits. Additionally, the Nova University Law Library where I do the bulk of my legal research will be closed from December 24th thru January 3rd.

6. On December 23, 2009, I spoke with Counsel for the Plaintiff, Michael James Cronen, regarding a Stipulation for a one-week extension of time for the briefing deadlines set by the Court. Mr. Cronen agreed to this extension and authorized me to execute the foregoing stipulation on his behalf.

7. Pursuant to Civil L.R. 6-2(a)(2), the only previous time modification in this case was a one-week stipulated extension for Defendant GelTech to move, answer or otherwise respond to the Complaint, which was filed on November 30, 2009.

8. Pursuant to Civil L.R. 6-2(a)(3), the foregoing stipulated extension of time would have no effect on the schedule for the case.

I declare under the law of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palm Beach Gardens, Florida, this 23rd day of December, 2009.

_____
Edward F. McHale

**STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

# **CERTIFICATE OF SERVICE BY ECF FILING**

I, DAVID Z. RIBAKOFF, certify that:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action.  My business address is 6080 Center Drive, Suite 610, Los Angeles, CA 90045.

On December 16, 2009, I electronically filed

**STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; SUPPORTING DECLARATION OF EDWARD F. McHALE**

with the Clerk of the courts by using the ECF system which will send a notice of electronic filing to the following:

Michael James Cronen, Esq.                                Attorneys for Plaintiffs
Zimmerman & Cronen
1330 Broadway Avenue
Suite 710
Oakland, CA  04612-2506
Telephone:  510-465-0828
Facsimile:  510-465-2041
E-Mail:  mcronen@zimpatent.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2009, at Los Angeles, California.


                              /s/ David Z. Ribakoff
                              David Z. Ribakoff

---

**STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**