EDWARD F. McHALE (FL SBN190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone:  561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
THE PHAN LAW GROUP
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA  90045
Telephone: 310-242-5600
Fax: 310-943-2126
Email: dribakoff@lkplaw.com

Attorneys for Defendant GelTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL, <br><br>  Plaintiffs, <br><br> V. <br><br> GELTECH SOLUTIONS, INC. and ROOTGEL WEST <br><br>  Defendants. | Case No. C09-04884 CW <br><br> **SECOND STIPULATION AND ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO TRANSFER OR STAY ACTION [Civil L.R. 6-2]** |

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion for Summary Judgment"), as follows:  Opposition to the Motion for Summary Judgment shall be filed and served on or before January 21, 2010.  Any

---

**SECOND STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ETC.**

reply in support of the Motion for Summary Judgment shall be filed and served on or before January 28, 2010.

Additionally, Plaintiffs Susan P. Martin and David E. Neal and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Defendants' Motion to Transfer or Stay Action, filed by Plaintiff on December 7, 2009 (the "Motion to Transfer"), as follows:

Opposition to the Motion to Transfer shall be filed and served on or before January 21, 2010. Any reply in support of the Motion shall be filed and served on or before January 28, 2010.

This Stipulation is supported by the accompanying Declarations of Edward F. McHale and David Z. Ribakoff, submitted in compliance with Civil L.R. 6-2(a). In summary, the parties desire like extensions on their respective opposition briefing deadlines to facilitate settlement discussions between the parties and avoid potentially unnecessary expense or waste of judicial resources.

**IS SO STIPULATED.**

Dated:  January 8, 2010            ZIMMERMAN & CRONEN, LLP


                                   By:  /s/ Michael James Cronen
                                        Michael James Cronen
                                        Attorneys for Plaintiffs Susan P. Martin and
                                        David E. Neal


Dated:  January 8, 2010            McHALE & SLAVIN, P.A.


                                   By:  /s/ Edward McHale
                                        Edward McHale
                                        Attorneys for Defendant GelTech Solutions,
                                        Inc.


**ORDER**

---

SECOND STIPULATION FOR EXTENSION OF TIME RE BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ETC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE MOTIONS WILL BE DECIDED**
2  **ON THE PAPERS.**

4  Dated:  January  8, 2010

                                                              UNITED STATES DISTRICT JUDGE