EDWARD F. McHALE (FL SBN 190300)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone: 561-625-6575
Fax: 561-625-6572
Email: Litigation@mspatents.com

DAVID Z. RIBAKOFF (CA SBN 162925)
THE PHAN LAW GROUP
A Professional Law Corporation
6080 Center Drive, Suite 610
Los Angeles, CA  90045
Telephone: 310-242-5600
Fax: 310-943-2126
Email: dribakoff@lkplaw.com

Attorneys for Defendant GelTech Solutions, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. MARTIN and DAVID E. NEAL,<br><br>Plaintiffs,<br><br>V.<br><br>GELTECH SOLUTIONS, INC. and ROOTGEL WEST<br><br>Defendants. | Case No. C09-04884 CW<br><br>**ORDER CHANGING TIME OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO TRANSFER OR STAY ACTION**<br><br>**[Civil L.R. 6-2]**<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH] |

## STIPULATION

Plaintiffs Susan P. Martin and David E. Neal ("Plaintiffs") and Defendant GelTech Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Plaintiffs' Motion for Summary Judgment, filed by Plaintiff on December 11, 2009 (the "Motion for Summary Judgment"), as follows:  Any reply in support of the Motion for Summary Judgment shall be filed and served on or before March 4, 2010.

---

**[PROPOSED] ORDER**

Opposition to the Motion for Summary Judgment was filed on February 4, 2010. Additionally, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-2 for a an order changing the briefing schedule on Defendants' Motion to Transfer or Stay Action, filed by Plaintiff on December 7, 2009 (the "Motion to Transfer"), as follows: Any reply in support of the Motion shall be filed and served on or before March 4, 2010. Opposition to the Motion to Transfer was filed on February 4, 2010.

This Stipulation is supported by the accompanying Declaration of Edward F. McHale, submitted in compliance with Civil L.R. 6-2(a).

**IS SO STIPULATED.**

Dated: February 11, 2010                ZIMMERMAN & CRONEN, LLP


By: /s/ Michael James Cronen_____
    Michael James Cronen
    Attorneys for Plaintiffs Susan P. Martin and
    David E. Neal

Dated: February 11, 2010                McHALE & SLAVIN, P.A.


By: /s/ Edward McHale_____
    Edward McHale
    Attorneys for Defendant GelTech Solutions, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 11, 2010

_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**