Michael James Cronen, Cal. State Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA  94612-2506
Telephone: (510) 465-0828
Facsimile: (510) 465-2041
E-Mail: mcronen@zimpatent.com

Attorneys for Plaintiffs
Susan P. Martin and
David E. Neal

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan P. Martin and<br>David E. Neal,<br><br>      Plaintiffs,<br><br>v.<br><br>Geltech Solutions, Inc. and<br>RootGel West<br><br>      Defendants. | Case No: 09-CV-04884 CW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CHANGING BRIEFING<br>SCHEDULE ON PLAINTIFFS'<br>MOTION FOR SUMMARY<br>JUDGMENT; AND DEFENDANT<br>GELTTECH SOLUTIONS, INC.'S<br>MOTION TO TRANSFER OR<br>STAY ACTION<br>[Civil L.R. 6-2]<br><br>Date: No hearing scheduled<br>Before: Hon. Judge Wilken |

  The parties hereto hereby stipulate, by and through their respective counsel of record, as follows:

  1. Plaintiffs' reply in support of Plaintiffs' Motion For Summary Judgment and Defendant Geltech Solutions, Inc.'s reply in support of its Motion To Transfer Of Stay Action in this matter are presently set for March 4, 2010.

  2. The parties agree to change the time for the due dates for their respective replies to March 25, 2010.

  3. This request is not for purposes of delay but to provide the parties with sufficient

Stip. & Prop Ord Re;
Briefing Schedule          1

1  additional time to further discuss and explore possible settlement of their dispute and to engage
2  in further settlement discussions toward this end.  This stipulated request is accompanied by the
3  Declaration Of Michael Cronen In Support Of Stipulation filed herewith in conformity with Civil
4  L.R. 6-2(a) and incorporated herein by this reference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 1, 2010 | Dated: March 1, 2010 |
| ZIMMERMAN & CRONEN, LLP | THE PHAN LAW GROUP |
| By: /s/ Michael James Cronen | By: /s/David Z. Ribakoff |
| Michael James Cronen, Esq. | David Z. Ribakoff, Esq. |
| Attorney for Plaintiffs | Attorney for Defendant |
| Susan P. Martin and | Geltech Solutions, Inc. |
| David E. Neal |  |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  3/22/2010                           _____
                                             UNITED STATES DISTRICT JUDGE

Stip. & Prop Ord Re;
Briefing Schedule                    2